IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MADISON TITLE AGENCY, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA, N.A. ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION FILE <br> NO. 1:20-cv-03674-SCJ |

## BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Bank of America, N.A. ("BANA" or "Defendant"), and files this Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and N.D. Ga. LR 56.1 showing the Court that there is no genuine dispute as to any material fact and that Defendant is entitled to judgment as a matter of law. In support of this Motion, Defendant incorporates its Memorandum of Law, its Statement of Undisputed Material Facts, and the entire record in this case.

WHEREFORE, Defendant Bank of America, N.A. respectfully requests that the Court grant this Motion for Summary Judgment and for such other relief as may be appropriate

This 6th day of April, 2022.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com

*Attorney for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MADISON TITLE AGENCY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-03674-SCJ |
| v. | ) | |
| | ) | REMOVED FROM |
| BANK OF AMERICA CORPORATION, | ) | SUPERIOR COURT |
| | ) | |
| | ) | GWINNETT COUNTY CASE |
| | ) | NO. 20-A-04652-7 |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I served a true and correct copy of ***Bank of America, N.A.'s Motion for Summary Judgment*** on the following via First-Class Mail, postage prepaid, addressed to:

George A. Koenig
Koenig Law Group, P.C.
Peachtree 25th, Suite 599
1718 Peachtree Street NW
Atlanta, GA 30309
*Attorney for Plaintiff*

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557