IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MADISON TITLE AGENCY, LLC<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE<br>NO. 1:20-cv-03674-SCJ |

**BANK OF AMERICA, N.A.'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

COMES NOW Defendant Bank of America, N.A. ("BANA" or "Defendant"), by and through counsel, and submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment pursuant to Local Rule 56.1.

1. Plaintiff is a title insurance agent who was tricked through a business email compromise scheme into wiring $368,948.75 to a fraudster. Docket 11, ¶¶ 1-3, Ex. B.

2. In September 2019, Plaintiff attempted to pay off a seller's existing mortgage in a real estate closing transaction. Docket 11, ¶ 3.

3. On September 12, 2019, Plaintiff received an altered mortgage payoff statement with fraudulent wiring instructions from a person purporting to be the

seller. Docket 11, ¶ 9.

4. The fraudulent wiring instructions directed Plaintiff to wire the funds to an account number at BANA ending in 7038 (the "Beneficiary Account") and identified the beneficiary as "RoundPoint KastTrans LLC." Docket 11, ¶ 9.

5. On September 19, 2019, Plaintiff initiated a wire transfer in the amount of $368,948.75 from its bank, Bank United, to the Beneficiary Account at BANA, identifying the account number as the number ending in 7038 and identifying the beneficiary name as "RoundPoint KastTrans LLC" (the "Wire Transfer"). Docket 11, ¶ 10, Ex. B.

6. Bank of America credited the funds from the Wire Transfer to the Beneficiary Account, which was maintained in the name "Kast Trans, LLC." Docket 11, ¶¶ 9-11.

7. [redacted], [redacted]

8. [redacted]

9. [redacted]

10. [redacted]

11. [redacted]

12. The owner of the Beneficiary Account immediately transferred the funds received in the Wire Transfer elsewhere in a series of transactions for the purposes of covering up the fraud. Docket 11, ¶ 3.

13. Plaintiff didn't discover that it had been tricked by a fraudster until a month later when the seller notified it that his mortgage had not been paid off. Docket 11, ¶ 13.

This the 6th day of April, 2022.

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100

Atlanta, Georgia 30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com

*Attorney for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MADISON TITLE AGENCY, LLC<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | CIVIL ACTION FILE NO. 1:20-cv-03674-SCJ<br><br>REMOVED FROM SUPERIOR COURT<br><br>GWINNETT COUNTY CASE NO. 20-A-04652-7 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2022, I served a true and correct copy of ***Bank of America, N.A.'s Statement of Undisputed Material Facts*** on the following via First-Class Mail, postage prepaid, addressed to:

George A. Koenig
Koenig Law Group, P.C.
Peachtree 25th, Suite 599
1718 Peachtree Street NW
Atlanta, GA 30309
*Attorney for Plaintiff*

/s/ Allison Rhadans
Allison Rhadans
Georgia Bar No. 940557

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MADISON TITLE AGENCY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-03674-SCJ |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF JENNY KARKAS**

The undersigned, being first duly sworn, deposes and says as follows:

1. My name is Jenny Karkas. I am not a minor. I am under no legal disability. I am fully competent to make this affidavit, and I give it based on my own personal knowledge.

2. I am an engineer and Application Developer Subject Matter Expert for Bank of America, N.A. ("BANA"). I have worked on BANA's wire transfer applications for thirty-four (34) years.

3. I am one of the original architects of WTX, BANA's automated wire processing system.

4. Through my employment with BANA, I am familiar with the books and records of BANA and its record keeping policies. I am authorized to make this Affidavit. I do hereby certify that:

a. I am qualified to review the records described herein for BANA;

b. The BANA records I reviewed and searched in preparing this affidavit are true and correct copies of BANA's and/or its affiliated or predecessor entities' original records that were made at or near the time of the occurrence of the matters set forth by, or from the information transmitted by, a person with knowledge of these matters, a computer, or other similar digital means;

c. The BANA records were kept in the course of regularly conducted business activity by BANA and/or its affiliated or predecessor entities;

d. It was the normal practice of BANA and/or its affiliated or predecessor entities' regularly conducted business activities to make or keep these records in its business files; and

e. The BANA records were made and kept by the regularly conducted business activity as a regular practice by BANA.

5. Specifically, BANA maintains records for incoming wire transfers that it receives from other banks in the regular course of its business.

6. In my capacity as Application Developer Subject Matter Expert for BANA, I am familiar with and have access to the records maintained by BANA relating to incoming wire transfers received from other banks.

7. In the regular performance of my job functions, I am familiar with the business records maintained by BANA for incoming wire transfers received from other banks. I have personal knowledge of BANA's procedures for creating and maintaining these records (which include data compilations and electronically imaged documents) and know that: (a) they are made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by a person with personal knowledge; (b) they are kept in the course of BANA's regularly conducted business activities; and (c) it is the regular practice of BANA to make such records.

8. In connection with making this Affidavit, I have personally examined BANA's business records relating to wire transfer at issue in this case.

9. I understand that the wire transfer at issue in this case was an incoming wire transfer received by BANA from Bank United on September 18, 2019 in the amount of $368,948.75 (the "Wire Transfer"). A true and accurate copy of the details for the Wire Transfer, with a few redactions for privacy concerns, obtained from BANA's business records, is attached to this affidavit as **Exhibit 1**.

10. [redacted]

11. [redacted]

12. [redacted]

13. [redacted]

14. [redacted]

Further the Affiant sayeth not.

This the 24 day of February, 2022.

Jenny Karkas

Jenny Karkas

Sworn to and subscribed before me,
this the ___ day of February, 2022.

Please See Attached

Notary Public

My commission expires: __________________

**ꞏORNIA JURAT WITH AFFIANT STATEMENT** **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 ______________________________
2 ______________________________
3 ______________________________
4 ______________________________
5 ______________________________
6 ______________________________

*Signature of Document Signer No. 1* *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Contra Costa

Subscribed and sworn to (or affirmed) before me on this 24 day of February, 2022,
*Date* *Month* *Year*
by
(1) Jenny Karkas
(and (2) ________________),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JAIME JAGGER
Notary Public - California
Contra Costa County
Commission # 2295746
My Comm. Expires Jul 6, 2023

Signature ________________
*Signature of Notary Public*

*Seal*
*Place Notary Seal Above*

***OPTIONAL***

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ________________ Document Date: ________

Number of Pages: _____ Signer(s) Other Than Named Above: ________________

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910

# Exhibit 1

CONFIDENTIAL

[redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]:

[redacted] [redacted] [redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted]

CONFIDENTIAL

[redacted]

[redacted] / [redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted] /

[redacted] [redacted]

[redacted] / [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# Exhibit 2

[redacted]

[redacted]

[redacted]

# Exhibit 2

VERITEXT LEGAL SOLUTIONS

Deposition of:

**Jenny Karkas**

*September 29, 2021*

In the Matter of:

# Madison Title Agency, LLC Vs. Bank Of America, N.A.

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

[redacted]

[redacted]

# Exhibit 3

VERITEXT
LEGAL SOLUTIONS

Deposition of:

**John Semiz**

*September 29, 2021*

In the Matter of:

**Madison Title Agency, LLC Vs. Bank Of America, N.A.**

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

[redacted]

[redacted]

[redacted]