IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MADISON TITLE AGENCY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-03674-SCJ |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING TRANSCRIPT OF DEPOSITION OF JENNY KARKAS**

COME NOW Defendant Bank of America, N.A. ("BANA"), and files this notice of filing the transcript for the Deposition of Plaintiff Jenny Karkas, which Defendants relied upon in their Brief in Support of their Motion for Summary Judgment. Attached as **Exhibit "1"** to this filing is the full transcript with exhibits for the deposition.

This 6th day of April, 2022.

*/s/ Allison Rhadans*
Allison Rhadans
Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5700 (Telephone)

ARhadans@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MADISON TITLE AGENCY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-cv-03674-SCJ |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2022, I served a true and correct copy of ***Bank of America, N.A.'s Notice of Filing Transcript of Deposition of Jenny Karkas*** on the following via First-Class Mail, postage prepaid, addressed to:

George A. Koenig
Koenig Law Group, P.C.
Peachtree 25th, Suite 599
1718 Peachtree Street NW
Atlanta, GA 30309
*Attorney for Plaintiff*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court.

This 6th day of April, 2022.

*/s/ Allison Rhadans*
Allison Rhadans

Georgia Bar No. 940557
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5700 (Telephone)
ARhadans@mcguirewoods.com
*Attorneys for Defendant Bank of America, N.A.*

# Exhibit 1

VERITEXT LEGAL SOLUTIONS

Deposition of:

**Jenny Karkas**

*September 29, 2021*

In the Matter of:

**Madison Title Agency, LLC Vs. Bank Of America, N.A.**

Veritext Legal Solutions
800.808.4958 | calendar-atl@veritext.com | 770.343.9696

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

________________________________

MADISON TITLE AGENCY, LLC,
Plaintiff,
v. Civil Action
File No.:
BANK OF AMERICA, N.A., 1:20-cv-03674-SDG
Defendant.

________________________________

VIDEOCONFERENCE DEPOSITION OF
JENNY KARKAS

DATE: Wednesday, September 29, 2021
TIME: 11:47 a.m.
LOCATION: Remote Proceeding
11 Quail Court
Brentwood, California 94513
REPORTED BY: Bria Delane, Notary Public
JOB No.: 4817132

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF, MADISON TITLE AGENCY, LLC:

GEORGE KOENIG, ESQUIRE (by videoconference)
Koenig Law Group, PC
1718 Peachtree Street, Northwest
Atlanta, Georgia 30309
george@koeniglawgroup.com
(678) 539-6171

ON BEHALF OF DEFENDANT, BANK OF AMERICA, N.A.:

CHRISTINE S. KAPUR, ESQUIRE (by videoconference)
McGuire Woods, LLP
1230 Peachtree Street, Northeast, Suite 2100
Atlanta, Georgia 30309
ckapur@mcguirewoods.com
(404) 443-5728

ALSO PRESENT:

Denis Koenig, (by videoconference)

I N D E X


| EXAMINATION: | | PAGE |
|---|---|---|
| By Mr. Koenig | | 5 |


E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 3 | Plaintiff's First Interrogatories and First Requests for Production of Documents to Defendant | 25 |
| Exhibit 4 | Exhibit A | 36 |
| Exhibit 11 | Answer and Affirmative Defenses | 40 |
| Exhibit 13 | E-mail Chain | 87 |


(*Exhibits attached.)

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] First, can you tell me what does WTX stand for?

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]
[redacted] [redacted]
[redacted]

[redacted]

**0**

[redacted]

**[agnostic - back]** 

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| | | | [redacted] |
| | | | [redacted] |

[redacted]

**[christopher - d]**



[redacted]

**[daily - electronic]** 

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted]<br>[redacted]<br>[redacted] |

[redacted]

[redacted]

**[identify - kicked]**



[redacted]

[redacted]

**[mapped - number]**



| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | |
| [redacted] | | [redacted] | |

[redacted]

**[protocols - reporting]**



[redacted]

Case 1:20-cv-03674-VMC Document 55-3 Filed 04/06/22 Page 116 of 170


[redacted]

[redacted]

**[subjected - three]**



[redacted]

[redacted]

**[v - yeah]**



[redacted]

**[yeah - zooming]** 

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]cover of this document or at www.veritext.com.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]



EXHIBIT
3

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

EXHIBIT

4

[redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

OBI: [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] 7 [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]
[redacted]
[redacted]

[redacted]
[redacted]

[redacted]

[redacted]
[redacted]
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

- [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| | |
|---|---|
| [redacted] | [redacted] |

[redacted]

EXHIBIT
11

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] ____________________

[redacted]

EXHIBIT

13

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]