UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MADISON TITLE AGENCY, LLC,
        Plaintiff,

vs.

BANK OF AMERICA, N.A.,
        Defendant.

CIVIL ACTION FILE

NO.  1:20-cv-03674-VMC

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of Defendant 's Motion for Summary Judgment, and the court having Granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 21st day of April, 2023.

        KEVIN P. WEIMER
        CLERK OF COURT

By:  s/ A. Edwards
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 21, 2023
Kevin P. Weimer
Clerk of Court

By:  s/ A. Edwards
     Deputy Clerk